Manuel Ira Blanco, Jr.
24369 Sunnymead Boulevard
Moreno Valley, California

Defendant in Pro Per

FILED
2019 OCT -2 PM 2: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANUEL IRA BLANCO, JR.;<br>MANUEL BLANCO, JR.; and DOES<br>1-10,<br><br>　　　　Defendants. | CASE NO. 5:18-CV-00963-SJO-KK<br><br>DEFENDANT MANUEL IRA<br>BLANCO, JR.'S ANSWER AND<br>AFFIRMATIVE DEFENSES |

　　　Defendant Manuel Ira Blanco, Jr., hereby answers Plaintiff's Complaint, and alleges as follows:

**ANSWER TO PARTIES:**

　　　1.　Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 1, and on such basis, denies them.

　　　2.　Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 2, and on such basis, denies

them.

3. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 2, and on such basis, denies them.

4. Admit

5. Admit

6. Paragraph 6 contains legal arguments, opinions and conclusions that require no response, Defendant otherwise denies the allegations in this paragraph.

## ANSWER TO JURISDICTION AND VENUE

7. Paragraph 7 contains legal arguments, opinions and conclusions that require no response, Defendant otherwise denies the allegations in this paragraph.

8. Paragraph 8 contains legal arguments, opinions and conclusions that require no response, Defendant otherwise denies the allegations in this paragraph.

9. Paragraph 9 contains legal arguments, opinions and conclusions that require no response, Defendant otherwise denies the allegations in this paragraph.

## ANSWER TO FACTUAL ALLEGATIONS

10. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph10, and on such basis, denies them.

11. Admitted

12. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph12, and on such basis, denies them.

13. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph13, and on such basis, denies them.

14. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph14, and on such basis, denies

DEFENDANT MANUEL IRA BLANCO'S ANSWER TO COMPLAINT

1 them.

2     15. Defendant is without information or knowledge sufficient to form a
3 belief as to the truth of the allegations of paragraph15, and on such basis, denies
4 them.

5     16. Defendant is without information or knowledge sufficient to form a
6 belief as to the truth of the allegations of paragraph16, and on such basis, denies
7 them.

8     17. Defendant is without information or knowledge sufficient to form a
9 belief as to the truth of the allegations of paragraph17, and on such basis, denies
10 them.

11     18. Defendant is without information or knowledge sufficient to form a
12 belief as to the truth of the allegations of paragraph18, and on such basis, denies
13 them.

14     19. Defendant is without information or knowledge sufficient to form a
15 belief as to the truth of the allegations of paragraph19, and on such basis, denies
16 them.

17     20. Defendant is without information or knowledge sufficient to form a
18 belief as to the truth of the allegations of paragraph 20, and on such basis, denies
19 them.

20     21. Denied

21     22. Denied

22     23. Defendant is without information or knowledge sufficient to form a
23 belief as to the truth of the allegations of paragraph 23, and on such basis, denies
24 them.

25     24. Defendant is without information or knowledge sufficient to form a
26 belief as to the truth of the allegations of paragraph24, and on such basis, denies
27 them.

28     25. Defendant is without information or knowledge sufficient to form a

belief as to the truth of the allegations of paragraph 25, and on such basis, denies them.

26. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 26, and on such basis, denies them.

27. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 27, and on such basis, denies them.

28. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 28, and on such basis, denies them.

29. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 29, and on such basis, denies them.

**ANSWER TO VIOLATION OF THE AMERICANS WITH DISABILITY ACT OF 1990 (42 U.S.C. section 12101, et seq.)**

30. Defendant reincorporates its response by reference to its responses set forth in the remainder of its answer.

31. Plaintiff merely states legal conclusions, which require no response and the provisions of the ADA speak for themselves.

32. Plaintiff merely states legal conclusions, which require no response and the provisions of the ADA speak for themselves.

33. Plaintiff merely states legal conclusions, which require no response and the provisions of the ADA speak for themselves.

34. Plaintiff merely states legal conclusions, which require no response and the provisions of the ADA speak for themselves.

35. Denied

36. Plaintiff merely states legal conclusions, which require no response and

the provisions of the ADA speak for themselves.

37. Denied that there was failure to ensure that accessible facilities were available.

38. Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations of paragraph 29, and on such basis, denies them.

**ANSWER TO VIOLATION OF THE UNRUH CIVIL RIGHTS ACT**

(California Civil Code Sections 51-53)

39. Defendant reincorporates its response by reference to its responses set forth in the remainder of its answer. Further, Plaintiff only states legal conclusions which require no response and the Unruh Act speaks for itself.

40. Plaintiff only states legal conclusions which require no response and the Unruh Act speaks for itself.

41. Denied

42. Plaintiff only states legal conclusions which require no response and the Unruh Act speaks for itself.

**ANSWER TO ALL ALLEGATIONS**

43. All other allegations not specifically admitted are hereby denied.

**FIRST AFFIRMATIVE DEFENSE**

Named Plaintiff lacks standing to challenge the Code compliant parking space specifically designated to accommodate persons with disabilities because he did not visit the subject property prior to the filing of the Complaint.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff's Claims are moot.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has failed to state a claim under Unruh and the ADA as against Defendant.

///

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because with respect to any particular element of the subject property which departs from accessibility guidelines, Defendant has provided equivalent facilitation in the form of lawfully, code-compliant marked parking space for persons with disabilities.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because the alleged claim violations are "de minimis," and non-actionable because they do not materially impair Plaintiff's use of the area for an intended purpose.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred because the alterations employed by Defendant are sufficient in that they satisfy "to the maximum extent feasible" standard. 28 C.F.R. §36.402 (a)(1); 42 U,S.C. §12183(a)(2).

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant has made good faith efforts to comply with the ADA, the Unruh Act, and the California Disabled Persons Act, including providing appropriate access.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to mitigate his damages, if any.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims under the ADA and Unruh Act are barred to the extent that they interfered with Defendant's compliance with laws and regulations that are equally applicable to all persons.

**TENTH AFFIRMATIVE DEFENSE**

The imposition of statutory minimum damages in this matter would violate Defendant's Eight Amendment protection against excessive fines in violation of the California Constitution and the United States Constitution.

///

## ELEVENTH AFFIRMATIVE DEFENSE

The imposition of punitive damages in this matter would violate Defendant's right to due process on law in violation of the California Constitution and the United States Constitution.

WHEREFORE, Defendant Manuel Ira Blanco, Jr., respectfully requests that judgement be entered in its favor and for an award of costs and such other relief as the Court deems appropriate.

Respectfully submitted,

MANUEL IRA BLANCO, JR.

Dated this 1st day of October 2019

_____
Manuel Blanco, Jr.

## PROOF OF SERVICE

## STATE OF CALIFORNIA

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Bernardino, State of California. My address is 11945 Kitching St, Moreno Valley, CA 92557.

On October 02, 2019, I served true copies of the following document(s) described as DEFENDANT MANUEL IRA BLANCO, JR.'S ANSWER AND AFFIRMATIVE DEFENSES on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☑ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☐ **BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Riverside, California.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **BY PERSONAL SERVICE:** I personally delivered the document(s) directly to the person(s) being served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 02, 2019, at Riverside, California.

_____
Ruth Blanco

# SERVICE LIST

CENTER FOR DISABILITY ACCESS
Ray Balliser, Jr., Esq.
Mark Potter, Esq.
Phyl Grace, Esq.
Dennis Price, Esq.
PO Box 262490
San Diego, CA 92131

and

CENTER FOR DISABILITY ACCESS
Ray Balliser, Jr., Esq.
Mark Potter, Esq.
Phyl Grace, Esq.
Dennis Price, Esq.
9845 Erma Road, Suite 300
San Diego, CA 92131

DEFENDANT MANUEL IRA BLANCO'S ANSWER TO COMPLAINT