CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Isabel Rose Masanque, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
IsabelM@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, <br><br>            Plaintiff, <br><br> v. <br><br> **Manuel Ira Blanco Jr**; <br> **Maria Carmen Higareda**; and Does 1-10, <br><br>            Defendant. | **Case:** 5:18-CV-00963-SJO-KK <br><br> **Plaintiff's Response to Defendant's Statement of Uncontroverted Facts** <br><br> Date:   March 16, 2020 <br> Time:   10:00 a.m. <br> Ctrm:   10C ( 10th Floor) <br><br> Hon. Judge S. James Otero |

    Plaintiff Samuel Love submits his response the statement of uncontroverted facts of Defendant Maria Carmen Higareda.

| Def. SUF No. | Def.'s Facts | Plaintiff's Response |
|---|---|---|
| 1. | Royal Glamour Beauty Salon had a ADA compliant Counter at the time of the filing of this lawsuit. | Disputed. <br><br> • Dkt. No. 86-6 (Ex. 3 - Decl. of Louis) ¶ 6. |

| | | | |
|---|---|---|---|
| | | | • Dkt. No. 86-7 (Ex. 4 – Photos by Louis), pp. 7-8. |
| | 2. | Defendant Maria Carmen Higareda does not own the real property located at 24369 Sunnymead Blvd. | Undisputed. |

Dated: March 3, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Isabel Rose Masanque
Isabel Rose Masanque
Attorneys for Plaintiff