JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-00963 PA (KKx) | Date | May 6, 2020 |
|---|---|---|---|
| Title | Samuel Love v. Manuel Ira Blanco, Jr. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| T. Jackson | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

On May 5, 2018, plaintiff Samuel Love ("Plaintiff") filed a Complaint against defendants Manuel Ira Blanco, Jr. and Maria Carmen Higareda ("Defendants") seeking damages and injunctive relief for alleged violations of the American's With Disabilities Act ("ADA") and Unruh Civil Rights Act. (Dkt. No. 1.) Plaintiff's Complaint alleges that a salon owned by Defendants did not have a parking spot and transaction sales counter that were in compliance with the ADA. (Id.)

On April 21, 2020, this Court declined to exercise supplemental jurisdiction over Plaintiff's state law Unruh Act claim and any other construction-related accessibility claim. (Dkt. No. 116.) This Order left only Plaintiff's claim for injunctive relief under the ADA pending before this Court.

Following the Court's Order declining supplemental jurisdiction, Plaintiff filed a Notice of Indication of Mootness. (Dkt. No. 117.) In his Notice, Plaintiff states "Plaintiff has learned that the subject business is no longer in operation at the subject property." (Id.) "As Plaintiff must face a 'real and immediate threat of repeated injury,' to establish standing for injunctive relief, . . . the permanent closure of the subject business renders Plaintiff's claim for injunctive relief moot." (Id., quoting Fortyune v. Am. Multi-Cinema, Inc., 364 F.3d 1075, 1081 (9th Cir. 2004).)

Based on Plaintiff's Notice, the Court finds Plaintiff's claim for injunctive relief under the ADA moot. The Court therefore dismisses Plaintiff's ADA claim for injunctive relief. The Court will issue a judgment consistent with this Order.

IT IS SO ORDERED.