JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff,

    v.

MANUEL IRA BLANCO, JR., et al.,

        Defendants.

CV 18-00963 PA (KKx)

JUDGMENT

    Pursuant to the Court's May 6, 2020 Minute Order dismissing this action as moot,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

    IT IS SO ORDERED.

DATED May 6, 2020

                                 Percy Anderson
                    UNITED STATES DISTRICT JUDGE